# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

SHANDAL LITTLETON (aka Nell Hill),

    Plaintiff,

vs.

GEORGE SCOTT HILL,

    Defendant.

Case No. 18-CV-313-JHP-FHM

## OPINION AND ORDER

Defendant's Motion for Extension of All Scheduling Order Deadlines, [Dkt. 13], and the Motion to Withdraw as Counsel of Record for Defendant, [Dkt. 15], are before the undersigned United States Magistrate Judge for decision. The time has passed for a response to the motion to extend deadlines and no response has been filed. Defendant's counsel represents that Plaintiff has no opposition to the motion to withdraw, but expresses concern that Defendant obtain substitute counsel rather than proceed pro se.

There being no opposition, the Motion for Extension of All Scheduling Order Deadlines, [Dkt. 13], is GRANTED. The current schedule, [Dkt. 11], is modified, as follows:

| | |
|---|---|
| Discovery Cutoff | May 16, 2019 |
| Motions in Limine and Daubert Issues | June 3, 2019 |
| Written Settlement Report | June 6, 2019 |
| Exchange of Exhibits listed in Pretrial Order | June 12, 2019 |
| Exchange of demonstrative exhibits | June 12, 2019 |
| Exchange requested jury instructions | June 12, 2019 |
| File deposition/videotape designations | June 12, 2019 |
| File counterdesignations | June 19, 2019 |
| Agreed pretrial order due | June 19, 2019 |
| Agreed jury instructions | June 19, 2019 |
| Objections to designations and counter-designations | June 26, 2019 |
| Pretrial Conference and Trial date | to be set by Court |

The Motion to Withdraw as Counsel of Record for Defendant, [Dkt. 15], is GRANTED. On or before April 16, 2019, Defendant is required to either cause new counsel to enter an appearance in this case or file a document advising the court that he intends to proceed pro se. Defendant is advised that failure to comply with this order may result in judgement being entered against him.

SO ORDERED this 14th day of March, 2019.

_____
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE